Henry D. Tucker, Respondent, v. Alfred Ely, Appellant. — Judgment and order reversed and new trial ordered in the County Court

of Monroe county, costs to abide the event. Opinion by Haight, J.